UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EDGAR J. AGUADO, on behalf of himself and all others similarly situated,<br><br>      Plaintiffs,<br><br>vs.<br><br>LARA'S TRUCKS, INC., A Georgia corporation, et al.<br><br>      Defendants. | CIVIL ACTION FILE<br><br>NO. 1:11-cv-4279-MHS |

### A M E N D E D   J U D G M E N T

This action having come before the court, the Honorable Marvin H. Shoob, United States District Judge, for consideration of the Joint Motion to Amend Order and for Entry of Amended Judgment, and the Court having **GRANTED** said motion, it is,

**Ordered and Adjudged** that judgment is entered in favor of Plaintiffs and against all Defendants, jointly and severally, for attorney's fees in the amount of $55,000 and costs in the amount of $1,253.75. Judgment is entered in favor of the Plaintiffs and against all Defendants, jointly and severally, as follows: Edgar Aguado for $9,500, Mitchell Vallejo for $12,096, Giovanni Garcia for $11,520, and Louis Molina for $9,504.

Dated at Atlanta, Georgia, this 2nd day of December, 2013.

                JAMES N. HATTEN
                CLERK OF COURT

            By: __s/ James Jarvis_____
                Deputy Clerk

Prepared and Entered
in the Clerk's Office
December 3, 2013
James N. Hatten
Clerk of Court

By: __s/ James Jarvis_____
   Deputy Clerk